# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

STEPHANIE HOWELL, :

    Plaintiff                        :       CIVIL ACTION NO. 3:16-0633

    v.                                :       (JUDGE MANNION)

NANCY A. BERRYHILL, :
ACTING COMMISSIONER OF
SOCIAL SECURITY,[1]            :

    Defendant               :

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Carlson, **(Doc. [21](#))**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the decision of the Commissioner of Social Security denying the plaintiff's application for benefits is **VACATED**;

**(3)** the plaintiff's request for a new administrative hearing is **GRANTED**;

**(4)** the instant action is **REMANDED** to the Commissioner to conduct a new administrative hearing pursuant to sentence

---

[1]On January 23, 2017, Nancy A. Berryhill became the Acting Commissioner of Social Security. Pursuant to Federal Rule of Civil Procedure 25(d), Nancy A. Berryhill is substituted for Carolyn W. Colvin, Acting Commissioner of Social Security, as the defendant in this suit.

four of 42 U.S.C. §405(g); and

**(5)** the Clerk of Court shall **CLOSE THIS CASE**.


*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: September 5, 2017

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2016 MEMORANDA\16-0633-01-ORDER.wpd